COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| Casa Palmira, L.P., | § | No. 08-18-00009-CV |
|  | § | Appeal from the |
| Appellant, | | |
|  | § | 171st District Court |
| v. | | |
|  | § | of El Paso County, Texas |
| Taylor Child Care, L.P. a/k/a Taylor Child Care, Limited, and Michael W. Hicks, | § | (TC# 2015DCV1729) |
|  | | |
| Appellees. | § | |

## O R D E R

The court has this day considered the Honorable Bonnie Rangel's request for extension of time to file written findings of fact and conclusions of law and concludes the motion should be GRANTED. Therefore, the deadline for the trial court to file its findings of fact and conclusions of law is extended to **October 9, 2018**. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's written findings of fact and conclusions of law on or before October 19, 2018.

IT IS SO ORDERED this 10th day of August, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.